# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| GREENTHREAD, LLC,<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION, DELL INC., and DELL TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 6:22-cv-00105-ADA |

**DECLARATION OF J. STEPHEN RAVEL IN SUPPORT OF DEFENDANTS' SEALED MOTION TO SEVER PLAINTIFF'S CLAIMS AGAINST INTEL, TRANSFER VENUE OF THOSE CLAIMS TO OREGON, AND STAY CLAIMS AGAINST DELL BASED ON ACCUSED INTEL PRODUCTS**

I, J. Stephen Ravel, hereby declare and state as follows:

1. I am a partner with the law firm of Kelly Hart & Hallman, LLP, counsel of record for Defendants Intel Corporation ("Intel"), Dell Inc., and Dell Technologies, Inc. ("Dell") in this case. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to these facts under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Kaizad Mistry.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Donnie Oliphant.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Declaration of Pascal Veysseire.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Declaration of Krishna Parat.

6. Attached hereto as Exhibit 4 is a true and correct copy of the Declaration of Bryan Boatright.

7. Attached hereto as Exhibit 6 is a true and correct copy of Intel Oregon RISE Report, 2021-2022 Impact.

8. Attached hereto as Exhibit 7 is a true and correct copy of https://www.distance-cities.com/distance-hillsboro-or-to-waco-tx, retrieved on June 27, 2022.

9. Attached hereto as Exhibit 8 is a true and correct copy of the LinkedIn profile of Mohan Rao, retrieved on June 27, 2022.

10. Attached hereto as Exhibit 9 is a true and correct copy of an excerpt from LegalMetric District Report, Texas Western District Court in Patent Cases, January 2018–April 2022.

2

11. Attached hereto as Exhibit 10 is a true and correct copy of an excerpt from LegalMetric District Report, Oregon District Court in Patent Cases, January 2018–April 2022.

Executed this 28th day of June, 2022 in Austin, Texas.

/s/ J. Stephen Ravel
J. Stephen Ravel

*Attorney for Defendants Intel Corporation, Dell Inc. and Dell Technologies, Inc.*