IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| GREENTHREAD, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>INTEL CORPORATION, DELL INC., AND DELL TECHNOLOGIES INC.,<br><br>　　　　　　　Defendants. | Civil Action No. 6:22-cv-00105-ADA |

## JOINT NOTICE OF AGREED EXTENSION OF DEADLINE

Pursuant to this Court's Amended Standing Order Regarding Joint or Unopposed Requests to Change Deadlines, Plaintiff Greenthread, LLC ("Greenthread") and Defendants Intel Corporation ("Intel"), Dell Inc. and Dell Technologies Inc. ("the Dell Defendants") file this joint notice of agreed extension. The parties conferred and agree to an extension of the venue discovery deadline through and including September 30, 2022. The parties also agreed to a corresponding extension of the briefing schedule, with Greenthread's brief in opposition to Defendants' Sealed Motion to Sever (Doc. 60) and the Dell Defendants' Motion for Intra-District Transfer (Doc. 65) due on October 14, 2022, and Defendants' reply briefs thereto due on October 28, 2022.

| | |
|---|---|
| Dated: September 6, 2022 | Respectfully submitted, |
| */s/ Alan Whitehurst* | */s/ Todd M. Friedman* |
| Nicholas Theodore Matich , IV | J. Stephen Ravel |
| Alan Whitehurst | Texas State Bar No. 16584975 |
| Arvind Jairam | **Kelly Hart & Hallman LLP** |
| **McKool Smith PC** | 303 Colorado, Suite 2000 |
| 1999 K Street NW, Washington | Austin, Texas 78701 |
| Suite 600 | Tel: (512) 495-6429 |
| Washington, DC 20006 | Email: steve.ravel@kellyhart.com |
| Tel: (202) 370-8307 | |
| Fax: (202) 370-8344 | Gregory S. Arovas (*Pro Hac Vice*) |
| Email: nmatich@mckoolsmith.com | Robert A. Appleby (*Pro Hac Vice*) |
| Email: awhitehurst@mckoolsmith.com | Todd M. Friedman (*Pro Hac Vice*) |
| Email: ajairam@mckoolsmith.com | Leslie M. Schmidt (*Pro Hac Vice*) |
| | Jon R. Carter (*Pro Hac Vice* filed) |
| John B. Campbell , Jr. | Christopher DeCoro (*Pro Hac Vice*) |
| **McKool Smith PC** | **Kirkland & Ellis LLP** |
| 303 Colorado Street | 601 Lexington Avenue |
| Suite 2100 | New York, NY  10022 |
| Austin, TX 78701 | Tel: (212) 446-4800 |
| Tel: (512) 692-8730 | Fax: (212) 446-4900 |
| Fax: (512) 692-8744 | Email:  greg.arovas@kirkland.com |
| Email: jcampbell@mckoolsmith.com | Email:  robert.appleby@kirkland.com |
| | Email:  todd.friedman@kirkland.com |
| Kaitlyn M Dawson (*admission pending*) | Email:  leslie.schmidt@kirkland.com |
| **McKool Smith, PC** | Email:  jon.carter@kirkland.com |
| 600 Travis Street, Suite 7000 | Email:  christopher.decoro@kirkland.com |
| Houston, TX 77002 | |
| Tel: (713) 485-7300 | Nyika O. Strickland (*Pro Hac Vice*) |
| Fax: (713) 485-7344 | **Kirkland & Ellis LLP** |
| Email: kdawson@mckoolsmith.com | 300 North LaSalle Street |
| | Chicago, IL 60654 |
| ***Attorneys for Plaintiff Greenthread, LLC*** | Tel: (312) 862-2000 |
| | Fax: (202) 862-2200 |
| | Email:  nyika.strickland@kirkland.com |
| | |
| | Abigail Lauer Litow (*Pro Hac Vice*) |
| | John R. Rhine (*Pro Hac Vice*) |
| | Emily M. Scott (*Pro Hac Vice* filed) |
| | **Kirkland & Ellis LLP** |
| | 1301 Pennsylvania Avenue, N.W. |
| | Washington, D.C. 20004 |
| | Tel: (202) 879-5000 |
| | Fax: (202) 879-5200 |
| | Email:  abigail.litow@kirkland.com |

Email: john.rhine@kirkland.com
Email: emily.scott@kirkland.com

Bao Nguyen (*Pro Hac Vice*)
**Kirkland & Ellis LLP**
555 California Street  27th Floor
San Francisco, CA 94104
Tel: (415) 439-1400
Fax: (415) 439-1500
Email: bao.nguyen@kirkland.com

*Attorneys for Defendants Intel Corporation; Dell Inc.; and Dell Technologies Inc.*

Paige Arnette Amstutz
Texas State Bar No. 00796136
**Scott Douglass & McConnico LLP**
303 Colorado Street, Suite 2400
Austin, Texas 78701
Tel: (512) 495-6300
Email: pamstutz@scottdoug.com

Abhishek Bapna (*Pro Hac Vice*)
George S. Soussou (*Pro Hac Vice*)
Ryan Joseph Sheehan (*Pro Hac Vice*)
Lupco (Lewis) V. Popovski (*Pro Hac Vice*)
**Patterson Belknap Webb & Tyler LLP**
1133 Avenue Of The Americas
New York, NY 10036
Tel:  (212) 336-2000
Fax: (212) 336-2911
Email: abapna@pbwt.com
Email: gsoussou@pbwt.com
Email: rsheehan@pbwt.com
Email: lpopovski@pbwt.com
Email: abapna@pbwt.com
Email: rsheehan@pbwt.com

Brady Randall Cox
Michael J Newton
**Alston & Bird, LLP** - Dallas
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Tel: (214) 922-3443
Fax: (214) 922-3843
Email: brady.cox@alston.com


Email: mike.newton@alston.com

Lauren N. Griffin
**Alston & Bird LLP**
101 S. Tryon Street, Suite 4000
Charlotte, NC 28280
Tel: (704) 444-1000
Fax: (704) 444-1111
Email: lauren.griffin@alston.com

*Attorneys for Defendants Dell Inc.; and Dell Technologies Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on September 6, 2022.

/s/ J. Stephen Ravel
J. Stephen Ravel