UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| GREENTHREAD, LLC<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION, DELL INC., AND DELL TECHNOLOGIES INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 6:22-cv-105-ADA<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT NOTICE FOR AGREED BRIEFING SCHEDULE**

Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines, Plaintiff and Defendants file this Joint Notice of Agreed Briefing Schedule.

IT IS HEREBY AGREED Defendants' Motion for Summary Judgment of Invalidity for Lack of Written Description (DE 81) shall be heard at the *Markman* Hearing currently set for December 12, 2022. And the Parties also agree to the briefing schedule below.

| Event | Deadline |
|---|---|
| Plaintiff files responsive *Markman* brief | October 31, 2022 |
| Plaintiff files opposition to Defendants' Motion for Partial Summary Judgment | November 7, 2022 |
| Defendant files reply *Markman* brief | November 14, 2022 |
| Defendants' reply brief in support of Motion for Partial Summary Judgment | The earlier of 14 days after Plaintiff's opposition to Defendants' MSJ, or November, 21, 2022 |
| Plaintiff files sur-reply *Markman* brief | November 28, 2022 |
| *Markman* hearing combined with Hearing on Written Description MSJ | Currently scheduled for December 12 2022 |

Dated: October 24, 2022

Gregory S. Arovas (*Pro Hac Vice*)
Robert A. Appleby (*Pro Hac Vice*)
Todd M. Friedman (*Pro Hac Vice*)
Leslie M. Schmidt (*Pro Hac Vice*)
Jon R. Carter (*Pro Hac Vice*)
Christopher DeCoro (*Pro Hac Vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-4900
Email: greg.arovas@kirkland.com
Email: robert.appleby.com
Email:  todd.friedman@kirkland.com
Email:  leslie.schmidt@kirkland.com
Email: jon.carter@kirkland.com
Email: christopher.decoro@kirkland.com

Nyika O. Strickland (*Pro Hac Vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (202) 862-2200
Email: nyika.strickland@kirkland.com

Abigail Lauer Litow (*Pro Hac Vice*)
John Rhine (*Pro Hac Vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 879-5000
Fax: (202) 879-5200
Email: abigail.litow@kirkland.com
Email: john.rhine@kirkland.com

Bao Nguyen (*Pro Hac Vice*)
KIRKLAND & ELLIS LLP
555 California Street 27th Floor
San Francisco, CA 94104
Tel: (415) 439-1400
Fax: (415) 439-1500
Email: bao.nguyen@kirkland.com

Respectfully submitted,

*/s/ J. Stephen Ravel*
J. Stephen Ravel
Texas State Bar No. 16584975
**KELLY HART & HALLMAN LLP**
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429
Email: steve.ravel@kellyhart.com

*Attorneys for Defendants Intel Corporation; Dell Inc.; and Dell Technologies Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on October 24, 2022.

*/s/ J. Stephen Ravel*

J. Stephen Ravel