# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| GREENTHREAD, LLC | § | |
| | § | CIVIL NO: |
| vs. | § | WA:22-CV-00105-ADA |
| | § | |
| DELL INC., DELL TECHNOLOGIES INC. | § | |

## ORDER CANCELLING MARKMAN HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **MARKMAN HEARING** on **Thursday, January 19, 2023 at 03:00 PM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 13th day of January, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE